NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LONNIE CHARLES YOUNG,          )
                               )
            Appellant,         )
                               )
v.                             )          Case No. 2D20-1246
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
                               )
_____)

Opinion filed September 18, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; J. Frank Porter, Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, SLEET, and SMITH, JJ., Concur.